UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RITA NEY,**<br>　　　　　**Plaintiff**<br>　v.<br>**HOME DEPOT U.S.A., INC.,**<br>　　　　　**Defendant** | Civil Action No.: 3:16-cv-00807<br><br>Filing Date: May 25, 2016 |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Home Depot U.S.A., Inc., pursuant to Rule 7.1(a), Federal Rules of Civil Procedure, submits the following corporate disclosure statement:

1.　The ultimate parent company of Home Depot U.S.A., Inc. is The Home Depot, Inc., a publicly owned corporation. The Home Depot, Inc. owns the company that owns Home Depot, U.S.A., Inc.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**HOME DEPOT U.S.A., INC.**

　　　　　　　　　　　　　　　　　　　By Their Attorneys

　　　　　　　　　　　　　　　　　　　*/s/ Ryan W. Jaziri*
　　　　　　　　　　　　　　　　　　　M. Amy Carlin, Esq. (*pro hac* forthcoming)
　　　　　　　　　　　　　　　　　　　Ryan W. Jaziri, Esq. (Fed. No. ct29428)
　　　　　　　　　　　　　　　　　　　**MORGAN, BROWN & JOY, LLP**
　　　　　　　　　　　　　　　　　　　200 State Street, 11th floor
　　　　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　　　T: (617) 523-6666
　　　　　　　　　　　　　　　　　　　F: (617) 367-3125
　　　　　　　　　　　　　　　　　　　E: acarlin@morganbrown.com
Date: May 25, 2016　　　　　　　　　　E: rjaziri@morganbrown.com

## CERTIFICATE OF SERVICE

    I, Ryan W. Jaziri, hereby certify that, on the 25th day of May, 2016, I served a copy of the above pleading by first class mail, postage prepaid, on:

John M. Walsh, Jr.
Licari, Walsh & Sklaver, LLC
322 East Main Street, Suite 2B
Branford, CT 06405

                                                      */s/ Ryan W. Jaziri*
                                                      Ryan W. Jaziri, Esq.